JACOB WOLFE, *Appellant*, v. MARY LOUISE GARCIA, *Appellee.*

Opinion Filed Dec. 19, 1916.

The obligation of a *ne exeat* bond should be enforced by action at law.

Appeal from Circuit Court, Hillsborough County; F. M. Robles, Judge.

Order reversed.

*Caraballo & Sutton,* for Appellant;

*T. Byrd Sparkman* and *Harry N. Sandler,* for Appellee.

PER CURIAM.—On a proceeding treated as a rule to show cause the Circuit Judge made an order that the sureties on a *ne exeat* bond pay into the registry of the court the amount of the penalty of the bond and that upon default execution therefor do issue. An appeal was taken. The obligation of the bond if any should be en-

forced by action at law, there being no authority for the proceedings above stated.

Order reversed.